IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03151-REB-MEH

PHYLLIS NEHER,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2013.**

    Plaintiff's Unopposed Motion to Amend the Scheduling Order [filed June 6, 2013; docket #18] is **granted**.  For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Designation of Experts: | **July 22, 2013** |
| Designation of Rebuttal Experts: | **August 30, 2013** |

All other deadlines remain in effect.